IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00344-MR-WCM

| | | |
|---|---|---|
| CLANT M. SEAY | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| FULCHER'S RED FOX STABLES, LLC, | ) | |
| JESSE RYAN CAHOON, | ) | |
| GREGORY WAYNE MOONINGHAM, | ) | |
| GARLAND CHRISTOPHER FULCHER, II | ) | |
| *also known as* Chaz Fulcher, II | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on a "Joint Emergency Motion for Early-Enforceable Discovery from a Non-Party Pursuant to Fed. R. Civ. P. 26(a) Discovery Conference" (the "Joint Motion for Early Discovery," Doc. 16).

For the reasons set forth therein, the Joint Motion for Early Discovery (Doc. 16) is **GRANTED** as follows:

(1) The parties are **GRANTED LEAVE** to issue a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure to Dean Johnson d/b/a Dean Johnson Video seeking the production of the complete unedited raw video of "Youth 12-17 Championship" class made on Saturday, October 9, 2021 for Report TV at the North Carolina Championship Horse Show

1

held in the McGough Arena at the WNC Ag Center, Buncombe County, North Carolina ("Subpoena").

(2) This Order does not preclude the filing of any objections to the Subpoena by Dean Johnson d/b/a Dean Johnson Video or any other third party with appropriate standing.

It is so ordered.

Signed: January 21, 2022

W. Carleton Metcalf
United States Magistrate Judge