IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00344-MR-WCM

| | |
|---|---|
| **CLANT M. SEAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **FULCHER'S RED FOX STABLES,** ) | |
| **LLC, JESSE RYAN CAHOON,** ) | |
| **GREGORY WAYNE MOONINGHAM,** ) | |
| and **GARLAND CHRISTOPHER** ) | |
| **FULCHER, II,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On January 31, 2022, the Court entered a Pretrial Order and Case Management Plan in the present case, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by February 22, 2022. [Doc. 19]. To date, however, the parties have not designated a mediator for the present action.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within seven (7) days of the entry of this Order, the parties shall file a report identifying their selected mediator for the present action.

**IT IS SO ORDERED.**

Signed: March 16, 2022

Martin Reidinger
Chief United States District Judge