IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00344-MR-WCM

| | |
|---|---|
| CLANT M. SEAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FULCHER'S RED FOX STABLES, LLC, ) | |
| JESSE RYAN CAHOON, ) | |
| GREGORY WAYNE MOONINGHAM, ) | |
| GARLAND CHRISTOPHER FULCHER, II ) | |
| *also known as* Chaz Fulcher, II ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the filing of a Stipulation (Doc. 37), by which Defendants advise that the parties have agreed that the amount of expenses to be awarded to Defendants pursuant to the Court's Order dated October 6, 2022 (Doc. 36) should be $585.00.

The undersigned finds that this amount is reasonable.

**IT IS THEREFORE ORDERED THAT:**

1. Defendants are **AWARDED** their reasonable expenses in connection with the Motion to Compel Plaintiff to Disclose Name and Contact Information of Witness (Doc. 32) in the amount of $585.00.

1

2. Plaintiff is **DIRECTED** to forward payment in this amount to Defendants' counsel no later than **October 21, 2022**.

Signed: October 12, 2022

W. Carleton Metcalf
United States Magistrate Judge