IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00344-MR-WCM

| | | |
|---|---|---|
| CLANT M. SEAY | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| FULCHER'S RED FOX STABLES, LLC, | ) | |
| JESSE RYAN CAHOON, | ) | |
| GREGORY WAYNE MOONINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court following the undersigned's December 16, 2022 Order on Defendants' Motion for Sanctions, see Doc. 60, and Defendants' "Notice of Filing Materials and Joint Request for Additional Time to Attempt to Reach Agreement" (the "Notice," Doc. 64).

By the December 16 Order, Defendants were awarded their reasonable expenses, including attorney's fees, incurred in making Defendants' Motion for Sanctions. The parties were directed to confer and attempt to reach an agreement as to the specific amount of the award. In the event the parties were able to reach an agreement, they were instructed to file a stipulation as to the amount of the award on or before December 23, 2022. Alternatively, in the event the parties were unable to reach an agreement, Defendants were

1

instructed to submit materials from which the Court could determine an appropriate award, and Plaintiff was advised that he would have seven days from the date of Defendants' submission to file any response. Doc. 60.

On December 23, Defendants filed the Notice. Doc. 64. Attached to the Notice are materials that Defendants contend may be used to determine an appropriate award. Defendants also indicate, though, that the parties have been negotiating the amount of the award, and jointly request an extension, through and including December 30, 2022, "to file either a Stipulation as to the agreed amount of the sanctions, or for Plaintiff to file a response." Doc. 64 at 1.[1]

While no further filings were made by December 30, 2022, considering the representations in the Notice, the Court will *sua sponte* **EXTEND** the deadline for the parties to file a stipulation regarding the amount of the sanctions award, as set out in the December 16, 2022 Order, or alternatively for Plaintiff to file a response regarding the amount of the award (if the parties are not able to reach an agreement) through and including **January 6, 2023**.

Plaintiff is **ADVISED** that, unless a stipulation by the parties or a response by Plaintiff is filed by that date, the Court may proceed to consider

---

[1] The Local Rules direct that motions are to be filed as separate documents. LCvR 7.1(c)(2).

an appropriate amount of the award based solely on Defendants' submissions and without hearing further from Plaintiff.

It is so ordered.

Signed: January 3, 2023

W. Carleton Metcalf
United States Magistrate Judge

3

Case 1:21-cv-00344-MR-WCM   Document 66   Filed 01/04/23   Page 3 of 3