# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| CLANT M. SEAY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00344-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FULCHER'S RED FOX STABLES, LLC, JESSE RYAN CAHOON, and GREGORY WAYNE MOONINGHAM, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2023 Memorandum of Decision and Order.

November 16, 2023

_____

Katherine Hord Simon, Clerk
United States District Court